FILED

# United States District Court

JUN 2 2006

__MIDDLE__ DISTRICT OF __ALABAMA__

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

EZEKIAL LAMAR LEE,
NAKEESHA NICOLE LAWTON

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:06mj 52-VPM

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning on or about __January 1, 2004, and continuing until June 1, 2006,__ in __Houston__ county, in the __Middle__ District of __Alabama__ and elsewhere, defendants did, knowingly and willfully combine, conspire, confederate and agree together and with other persons to distribute and posses with intent to distribute a controlled substance, in violation of 21 USC 841(a)(1), and that this offense involves more than five (5) kilograms of a mixture and substance containing cocaine,

in violation of Title __21__ United States Code, Section __841(a)(1) and 846__

I further state that I am an __Agent with the Drug Enforcement Administration__ and that this complaint is
Official Title
based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 2, 2006 _____ at __Montgomery, Alabama__
Date                                                                 City and State

VANZETTA P. MCPHERSON
UNITED STATES MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer                    Signature of Judicial Officer

## **AFFIDAVIT**

I, Robert Greenwood, being duly sworn, depose and say the following: I am a Special Agent with the Drug Enforcement Administration (DEA) assigned to the Montgomery District Office in Montgomery, Alabama. I have been a Special Agent for approximately nine (9) years. I was previously employed as a Pinellas County Sheriff's Deputy for approximately eleven (11) years in Largo, Florida, along with being previously employed as a University of Florida Police Officer for two (2) years in Gainesville, Florida.

During the course of my duties as a Special Agent of the DEA, I have participated in numerous investigations involving the distribution of cocaine. I am also familiar with the methods used by drug traffickers to distribute cocaine, along with methods used to collect proceeds from the distribution of cocaine.

The information contained in this affidavit is a combination of this affiant's personal knowledge of this investigation and the knowledge of other duly sworn law enforcement officers/agents. The following facts were either told to me by fellow officers or are known personally by me:

1. Special Agent Daniel Kane with the DEA Panama City Resident Office and the Jackson County Drug Task Force have been conducting an investigation into the cocaine trafficking activities of Ezekial Lamar Lee and his associates.

2. Special Agent Daniel Kane also spoke with three of Lee's co-conspirators, who have independently informed him that they have personal knowledge of Ezekial purchasing and distributing multiple kilograms of cocaine. On May 9th, 2006, Special Agent Daniel Kane conducted an interview of Cedricin Bellamy and he indicated that Ezekial Lee was his source of supply for cocaine. Bellamy stated that Lee lived in the Dothan, Alabama area. Bellamy stated that he began

buying cocaine from Lee on a regular basis in January of 2006. Bellamy would contact Lee to get supplied with cocaine once every week to ten days. Bellamy would usually get anywhere from one-half of a kilogram to one whole kilogram of cocaine from Lee each time. Lee would typically deliver the cocaine to Bellamy's house in Marianna. According to Bellamy, Lee would front him the cocaine. Bellamy estimated that since January of 2006, he has purchased approximately 20 kilograms of cocaine from Lee. Bellamy provided the following phone numbers for Lee: (334) 718-9027 and (334) 655-0701.

3. On Friday, May 19, 2006, at approximately 10:00 a.m., law enforcement authorities set up video and audio monitoring equipment inside of Cedricin Bellamy's residence. At approximately 10:49 a.m., Bellamy dialed (334) 655-0701. Ezekial Lee answered the phone and Bellamy requested that Lee deliver one kilogram of cocaine to Bellamy.

4. At approximately 11:06 a.m., Bellamy received a call from Lee. Lee stated that his girl would deliver the cocaine to Bellamy. At approximately 12:57 p.m., Nakeesha Lawton arrived at Bellamy's residence. Lawton was observed by law enforcement as she went into the trunk and retrieved a plastic "Old Navy" bag. Lawton then entered the residence, while talking on a cell phone. Lawton handed over the plastic bag to Bellamy. Bellamy and Lawton had a discussion about the cocaine being "soft". Lawton stated that she had to leave and asked Bellamy, "Are you supposed to be giving me something?" Bellamy stated, "No." Lawton then called Lee and Lee had a conversation with Bellamy. Lee agreed to "front"" the cocaine to Bellamy. Lawton informed Bellamy that Lawton had a pistol in her vehicle. Lawton then left the residence. Special Agent Daniel Kane took custody of the cocaine. The gross weight of the cocaine was approximately 1,100 grams.

5. On May 30th, 2006, Nekeesha Lawton was observed by law enforcement authorities as she arrived at the residence of Cedricin Bellamy. While at the residence, Lawton received $4,500.00 United States Currency from Bellamy as a partial payment for the kilogram of cocaine, which she delivered to Bellamy on May 19th, 2006. Law enforcement authorities conducted surveillance on Lawton as she drove to a residence in Dothan, Alabama, where, upon arrival, Lawton was observed meeting with Ezekial Lee.

6. On June 1, 2006, Cedricin Bellamy placed a telephone call to Ezekial Lee, and placed an order for three kilograms of cocaine. During this telephone conversation, Lee instructed Bellamy to drive to Dothan, Alabama to obtain the cocaine from Lee. Lee instructed Bellamy to drive to a location in Dothan, Alabama and to call Lee when Bellamy arrived at the predetermined location. Law enforcement authorities, who were conducting surveillance at the location, observed Ezekial Lee arrive at the predetermined location. Bellamy then followed Lee to Lee's residence at 411 Rebecca Street in Dothan, Alabama. Law enforcement authorities, who had previously been positioned near the residence, observed Nakeesha Lawton depart from the residence prior to Lee meeting with Bellamy. Surveillance units were able to monitor the conversation between Lee and Bellamy at Lee's residence, because Bellamy was wearing an audio transmitter. Once inside of the residence, Lee informed Bellamy that Bellamy would have to wait a few minutes until his girl returned with the cocaine. A short time later, Lawton arrived at the residence and Lee took custody of approximately three kilograms of cocaine from Lawton. Bellamy then took custody of the three kilograms of cocaine from Lee. Lee then instructed Lawton to go and obtain an additional two kilograms of cocaine, because the three kilograms of cocaine, which she just brought to the residence, were for Bellamy. Lawton then departed from the residence. Bellamy departed the residence and turned over custody of the cocaine to ATF

Special Agent Whit Hannah, who in turn, turned over custody of the cocaine to Special Agent Daniel Kane.

_____
Robert Greenwood, Affiant
Drug Enforcement Administration

Sworn to before me and subscribed in
may presence this the 2nd day of June, 2006.

_____
United States Magistrate Judge