IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR NO. <u>1:06mj52-VPM</u> |
| ) | |
| EZEKIAL LAMAR LEE,   ) | |
| NAKEESHA NICOLE LAWTON ) | |

ORDER

Upon consideration of the Motion for Leave to Dismiss the Complaint as to Ezekial Lamar Lee and Nakeesha Nicole Lawton, heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE